Case 2:07-cv-02073-JRM   Document 10   Filed 08/30/07   Page 1 of 2 PageID #: 28

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LORRAINE WATKINS                                                                PLAINTIFF

      v.                                    CIVIL NO. 07-2073

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                                  DEFENDANT

## MEMORANDUM OPINION

      Plaintiff, Lorraine Watkins, filed this action on July 16, 2007, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. # 1).  Instead of answering the complaint, defendant filed a motion requesting plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. # 9).  Defendant states in his motion, that the Appeals Council seeks voluntary remand of this case due to a subsequent favorable determination issued by the state agency in May 2007.  Accordingly, the Appeals Council request remand to them to determine whether this subsequent allowance determination will impact the current case.

      Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint.  42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993).  In the present case, an answer has not been filed and we find good cause exists to support defendant's request for remand.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based on the foregoing, we hereby grant defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). In view of the lengthy administrative proceedings plaintiff has already completed, we direct that defendant expedite the administrative proceedings on remand.

DATED this 30th day of August 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE