IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LORRAINE WATKINS                                                                          PLAINTIFF

       v.                                            CIVIL NO. 07-2073

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                                           DEFENDANT

**O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 30th day of August 2007.

                                                               /s/ J. Marschewski
                                                   HON. JAMES R. MARSCHEWSKI
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).